# United States District Court
EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

BRIAN LOCKE,
        Plaintiff

      v.                                      CASE NUMBER: 08-C-678

U.S. DISTRICT COURT, WESTERN DISTRICT
OF WISCONSIN, U.S. COURT OF APPEALS
FOR THE SEVENTH CIRCUIT,
        Defendants

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:
1.     Locke's motion for leave to proceed IFP [D. 2] is **DENIED**;
2.     This matter is **DISMISSED WITH PREJUDICE**; and
3.     The plaintiff filed a certified copy of his prisoner trust account statement for the 6-month period immediately preceding the filing of the complaint as required under 28 U.S.C. § 1915(a)(2). In accordance with the provisions of 28 U.S.C. § 1915(b)(1)(B), the plaintiff is required to pay an initial partial filing fee of $1.68. Plaintiff shall pay the initial partial filing fee of $1.68 to the Clerk of this Court within 21 days of the date of this Order. After the initial fee is paid, the prisoner must make monthly payments of twenty percent of the preceding month's income until the filing fee is paid in full. *See* 28 U.S.C. § 1915(b)(1). No payment is required in months when the prisoner's preceding month's income is $10.00 or less.

| 08/20/2008 | JON W. SANFILIPPO |
|---|---|
| Date | Clerk |
| | *s/ Jacki L. Koll* |
| | (By) Deputy Clerk |